IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DISTRICT

SHANE JACKSON and
CATHERINE JACKSON,

        Plaintiffs,

v.                                                           Docket No. 1:13-CV-01044

ALLSTATE INSURANCE
COMPANY,

        Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Came this date the parties and informed this Court that the above-styled matter has been resolved by way of mutual compromise. The parties, therefore, moved this Court for an Order of Dismissal with Prejudice. The motion being well-taken:

IT IS THEREFORE ORDERED that the above-styled matter, docket number 1:13-cv-01044 is hereby dismissed with prejudice. No discretionary costs will be applied for or awarded.

IT IS SO ORDERED this 20th day of February 2014.

                                        s/ J. DANIEL BREEN
                                        CHIEF UNITED STATES DISTRICT JUDGE