# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

### JUDGMENT IN A CIVIL CASE

**SHANE JACKSON and**
**CATHERINE JACKSON,**

Plaintiffs,

                        CASE NUMBER: 1:13-cv-1044-JDB/egb

v.

**ALLSTATE INSURANCE**
**COMPANY,**

Defendant.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 2/20/2014, this case is hereby Dismissed with Prejudice. No discretionary costs will be applied for or awarded.

**APPROVED:**

                                              s/J. Daniel Breen
                                              Chief United States District Judge

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**